2:10 CR553

# SEALED

1  DANIEL G. BOGDEN
   United States Attorney
2  BRADLEY W. GILES
   Assistant United States Attorney
3  333 Las Vegas Boulevard South
   Suite 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336
5  Fax (702) 388-6698

6              **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF NEVADA**

8                        -oOo-

9
   UNITED STATES OF AMERICA            )
10                                      )      2:10-CR-00553-KJD-GWF
                    Plaintiff           )
11 vs                                   )
                                        )
12 WALLACE DENYSE HEYER                 )
                                        )
13                  Defendant.          )
                                        )
14 _____)

15      **GOVERNMENT'S APPLICATION FOR AN ORDER TO
            UNSEAL THE INDICTMENT**
16

17         COMES NOW the United States of America, by and through Daniel G. Bogden, United

18 States Attorney, and Bradley W. Giles, Assistant United States Attorney, and  moves this Court to

19 unseal the Indictment for purposes of discovery in the above-captioned matter.

20 .  .  .

21 .  .  .

22 .  .  .

23 .  .  .

24 .  .  .

25 .  .  .

26 .  .  .

1    Unsealing is necessary to permit the Government to copy and distribute the above

2  referenced documents to the defense.

3

4    DATED this 25th day of May, 2011.

5

6    Respectfully submitted,

7    DANIEL G. BOGDEN
     United States Attorney

8

9

10   BRADLEY W. GILES
     Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:10-CR-00553-KJD-GWF |
| Plaintiff | ) | |
| vs | ) | |
| WALLACE DENYSE HEYER | ) | |
| Defendant. | ) | |

Based on Government's Application for an Order to Unseal the Indictment in the above-caption ed matter and good cause appearing, therefor

IT SO ORDERED that the Indictment be unsealed.

DATED this ___27th___ day of May, 2011.

GEORGE FOLEY, JR.
United States Magistrate Judge

3