DANIEL G. BOGDEN
United States Attorney
BRADLEY W. GILES
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:10-cr-0553-KJD-GWF |
| vs. | ) |
| WALLACE DENYSE HEYER, | ) |
| Defendant. | ) |

**GOVERNMENT'S APPLICATION FOR AN ORDER TO UNSEAL THE ENTIRE CASE OF WALLACE DENYSE HEYER**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Bradley W. Giles, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order unsealing the entire case of Wallace Denyse Heyer, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

. . .

. . .

. . .

1 | The Government submits that it is necessary for said entire case to be unsealed.

3 | DATED this ____ day of June, 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Patrick Walsh for*
BRADLEY W. GILES
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:10-CR-0553-KJD-GWF |
| Plaintiff, ) | |
| vs. ) | |
| WALLACE DENYSE HEYER, ) | |
| Defendant. ) | |

      Based on the pending Application of the Government, and good cause appearing therefor,

      **IT IS HEREBY ORDERED** that the entire case of Wallace Denyse Heyer, together with the Government's Application and this Court's Order, in the above-captioned matter shall be unsealed until further Order of the Court.

      DATED this 8th day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE